UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR-02-0477-001-PHX-MHM |
| ) | |
| ) | |
| Amanda Bossingham ) | |

## WAIVER AND ORDER

### Amendment of Release Conditions

```
X  FILED      ___ LODGED
___ RECEIVED  ___ COPY

    JAN 2 6 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

I recognize I have a statutory right under 18:3145, 3148(b), and Federal Rules of Criminal Procedure, Rule 44, to assistance of counsel and a hearing before my Pretrial Release conditions are amended.

I hereby voluntarily waive my statutory right to a hearing and agree to the following amendment of my release conditions:

1. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon or ammunition.

2. The defendant shall refrain from any use of alcohol and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 USC 802 unless prescribed by a licensed medical practitioner. The defendant shall submit to drug and/or alcohol treatment, not limited to urine drug testing and breathalyzer tests, at the discretion of Pretrial Services. The defendant shall make a copayment directly to the agency contracted by Pretrial Services to provide any required counseling or drug testing, in an amount to be determined by Pretrial Services, not to exceed the total cost of services rendered, each month until these services are terminated.

_____    _____ 1/24/05
Daniel R. Drake              Douglas A. Passon
Assistant U.S. Attorney/Date Defense Counsel/Date

_____ 1/24/05    _____ 1/24/05
Amanda Bossingham            Greg Celaya
Defendant/Date               U.S. Pretrial Services Officer Assistant/Date

### ORDER OF THE COURT

Considered and ordered this 5
24th day of Jan ,2005,
and ordered filed and made a part
of the records in the above case.

_____
The Honorable Mary H. Murguia
U.S. District Judge

